UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAKOB JONES and HAILEY JONES, as
co-Personal Representatives of the
Estate of EASON JONES, deceased,

     Plaintiffs,                      CASE NO.:

vs.

UNITED STATES OF AMERICA,

     Defendant.

_____/

## COMPLAINT FOR WRONGFUL DEATH

COME NOW the Plaintiffs, JAKOB JONES and HAILEY JONES, as co-Personal Representatives of the Estate of EASON JONES, deceased, by and through their undersigned attorneys, and sue the Defendant, UNITED STATES OF AMERICA, and allege that at all times material:

## JURISDICTION AND VENUE

1.     This is an action for wrongful death pursuant to the Federal Tort Claims Act, 28 USC §§1346(b) and 2671, et. seq., for which this Court has exclusive jurisdiction.

2.     Plaintiffs are husband and wife and are residents of Columbia County, Florida. They are *sui juris* in all respects.

1

Complaint for Wrongful Death
Estate of Jones v. USA

3.      The motor vehicle accident that is the subject of this claim occurred at the intersection of U.S. 441 and SW Hillcrest Avenue south of Lake City, in Columbia County, Florida, and venue is proper in the Jacksonville Division of the Middle District of Florida. *See* 28 U.S.C. §1402.

## CONDITIONS PRECEDENT

4.      JAKOB JONES and HAILEY JONES are the Court-appointed Personal Representatives of the Estate of their son, EASON JONES. The order appointing them as Personal Representatives of their son's estate is attached hereto as Exhibit "A".

5.      On or about February 17, 2023, the claims set forth herein were presented to the U.S. Department of Veterans Affairs, in writing. A Form 95 was submitted in accordance with the provisions of 28 USC §2675(a).  More than six (6) months have passed since notice was given to the Defendant. Plaintiffs' Form 95, together with accompanying correspondence, is attached hereto as Exhibit "B."

6.      The Defendant has not made a final disposition of the claim. Accordingly, pursuant to 28 U.S.C. §2675(a), the failure of the Defendant to make a final disposition constitutes denial of the Plaintiffs' claims.

## FACTS GIVING RISE TO THE CLAIM

7.      Upon information and belief, Leon Murphy ("Mr. Murphy") was an employee of the United States General Services Administration and/or the

Complaint for Wrongful Death
Estate of Jones v. USA

United States Veterans Administration on or about October 27, 2022. Mr. Murphy was working in the course and scope of his employment with one or both entities of Defendant USA.

8.  On October 27, 2022, Mr. Murphy operated a commercial vehicle ("subject vehicle") at the intersection of US Highway 441 and SW Hillcrest Street south of Lake City in Columbia County, Florida. The subject vehicle was owned or operated by Defendant USA's General Services Administration and/or the Veterans Administration.

9.  Mr. Murphy operated the subject vehicle with the express or implied consent of those institutions.

10.  At that time or place, Mr. Murphy operated the subject vehicle in a negligent manner and caused it to slam into the back of a passenger vehicle stopped or stopping to make a left turn. The passenger vehicle was operated by Randy Jones, Plaintiff JAKOB JONES's grandfather, and was also occupied by the Plaintiffs' four (4) month old son, EASON JONES, who suffered fatal injuries as a result of the crash.

11.  EASON JONES was properly secured in a child car seat restraint in the back seat of the vehicle he occupied at the time of the crash.

12.  Defendant USA is vicariously responsible for the negligence of Mr. Murphy, its employee, pursuant to the doctrines of dangerous instrumentality and *respondeat superior*.

3

Complaint for Wrongful Death
Estate of Jones v. USA

## COUNT I
## NEGLIGENCE OF LEON MURPHY

Plaintiffs reallege and incorporate by reference paragraphs 1 through 12 and further allege that all times material:

13.   Mr. Murphy owed a duty to the motoring public in general, and EASON JONES in particular, to act reasonably and use due care when operating a commercial motor vehicle.

14.   Mr. Murphy breached his duty to EASON JONES when he, acting within the scope of his employment, negligently operated the subject vehicle owned or leased by the U.S. Department of Veterans' Affairs and caused a motor vehicle crash.

15.   As a direct and proximate result of Mr. Murphy's negligence, the decedent, EASON JONES, suffered fatal injuries and the decedent's parents, JAKOB JONES and HAILEY JONES, have suffered, and will suffer into the future, mental pain and suffering, loss of support and services, medical expenses and funeral expenses as a result of their child's death.

## COUNT II
## VICARIOUS LIABILITY OF USA

Plaintiffs reallege and incorporate by reference paragraphs 1 through 15 and further allege that all times material:

4

Complaint for Wrongful Death
Estate of Jones v. USA

16.    Mr. Murphy was the employee of the United States General Services Administration and/or the United States Veterans Administration and was acting within the course and scope of his employment at the time of the events alleged herein.

17.    Defendant USA is vicariously liable for the negligence of Mr. Murphy based on the doctrines of dangerous instrumentality and *respondeat superior*.

18.    As a direct and proximate result of Mr. Murphy's negligence, for which Defendant USA is liable, the decedent's parents, JAKOB JONES and HAILEY JONES, have suffered, and will suffer into the future, mental pain and suffering, loss of support and services, medical expenses and funeral expenses as a result of their child's death.

WHEREFORE, Plaintiffs JAKOB JONES and HAILEY JONES, as the Personal Co-Representatives of the Estate of EASON JONES, demand judgment against Defendant, UNITED STATES OF AMERICA, for all damages to which they are legally entitled, together with interest to the extent authorized by law, the costs of this action, and such other relief as may be deemed just and proper.

5

Complaint for Wrongful Death
Estate of Jones v. USA

**AVERA & SMITH, LLP**

/s/ Mark A. Avera
Mark A. Avera, Esquire
Florida Bar No.: 812935
mavera@avera.com
maaservice@avera.com
2814 SW 13th Street
Gainesville, FL 32606
(352) 372-9999
*Attorneys for Plaintiff*

6